Sheri Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorney for Defendant*
*Coral Academy of Science Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN L. REED, <br><br> Plaintiff, <br><br> v. <br><br> CORAL ACADEMY OF SCIENCE LAS VEGAS, <br><br> Defendant. | Case No.: 2:19-cv-01434-KJD-DJA <br><br> **STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION CURRENTLY SCHEDULED FOR OCTOBER 30, 2019** <br><br> **(FIRST REQUEST)** |

Defendant Coral Academy of Science Las Vegas, (hereinafter "Defendant"), by and through its attorney of record, Sheri M. Thome, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff Kelvin L. Reed, hereby stipulate and request that the Early Neutral Evaluation ("ENE") currently scheduled for October 30, 2019, be vacated and rescheduled to any of the following proposed dates:

1. November 5, 2019;
2. November 6, 2019;
3. November 13, 2019; or
4. November 14, 2019.

/ / /
/ / /
/ / /
/ / /
/ / /

Pursuant to LR IA 6-1, this is the first stipulation to request to vacate and reschedule the ENE. Good causes exists for this stipulation because Defendant's counsel has a previously scheduled firm business trip on the date of the ENE. This stipulation is entered into in good faith and not for purposes of delay.

DATED this 8th day of October, 2019.   DATED this 8th day of October, 2019.

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

_/s/ Sheri M. Thome_____     __/s/ Kelvin L. Reed_____
Sheri M. Thome, Esq.                                              Kelvin L. Reed
Nevada Bar No. 008657                                        5373 Sleeping Cat Street
300 South Fourth Street, 11th Floor                      Las Vegas, Nevada 89122
Las Vegas, Nevada 89101                                     Phone: (702) 405-8043
*Attorney for Defendant*                                          *Plaintiff Pro Se*
*Coral Academy of Science Las Vegas*

## ORDER

The ENE in this matter is rescheduled for November 14, 2019 at 10:00 AM. The confidential statement is due November 7, 2019. All else as stated in the Order (ECF NO. 8) scheduling the ENE remains unchanged.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-10-2019 _____

1522538v.1