# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| KELVIN L. REED, | |
|---|---|
| Plaintiff, | |
| vs. | 2:19-cv-01434-KJD-DJA |
| CORAL ACADEMY OF SCIENCE LAS VEGAS, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Request for Exception Pertaining to ENE Conference Dated November 14, 2019. (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Request for Exception Pertaining to ENE Conference Dated November 14, 2019 (ECF No. 14) must be filed on or before October 24, 2019.

DATED this 17th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE