Sheri Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Phone: (702) 727-1400
Fax (702) 727-1401
Email: sheri.thome@wilsonelser.com
*Attorney for Defendant*
*Coral Academy of Science Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN L. REED,<br><br>              Plaintiff,<br><br>v.<br><br>CORAL ACADEMY OF SCIENCE LAS VEGAS,<br><br>              Defendant. | Case No.: 2:19-cv-01434-KJD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Kelvin L. Reed and Defendant Coral Academy of Science Las Vegas, by and through its attorney of record, Sheri M. Thome, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree that the claims against Defendant Coral Academy of Science Las Vegas be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


| */s/ Sheri Thome*_____ | */s/ Kelvin L. Reed*_____ |
|---|---|
| Sheri Thome, Esq. | Kelvin L. Reed |
| Nevada Bar No. 008657 | 5373 Sleeping Cat Street |
| 300 South Fourth Street, 11th Floor | Las Vegas, Nevada 89122 |
| Las Vegas, Nevada 89101 | *Plaintiff Pro Se* |
| *Attorneys for Defendant Coral Academy of Science Las Vegas* | |
| Dated this 15th day of January, 2020. | Dated this 15th day of January, 2020. |

1560152v.1

## ORDER

Upon stipulation of the parties and for good cause shown, the claims against Defendant Coral Academy of Science Las Vegas are dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2020